## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 32 EM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LAVAR BROWN | : | |
| | : | |
| | : | |
| PETITION OF:  FAMILY MEMBERS OF | : | |
| MURDER VICTIMS MICHAEL | : | |
| RICHARDSON AND ROBERT CRAWFORD | : | |

# ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of April, 2024, upon consideration of the Petition for Exercise of King's Bench Jurisdiction filed by the Family Members of Murder Victims Michael Richardson and Robert Crawford (King's Bench Petition), the Application for Leave to File *Amicus Curiae* Memorandum In Support of Petition for Exercise of King's Bench Jurisdiction (Application to File Memorandum) filed by the Office of Attorney General (OAG), and the Application for Leave to File *Amicus* Reply to Responses (Application to File Responses) also filed by the OAG, and the various answers thereto, it is hereby ordered:

1.      The Application to File Memorandum and the Application to File Responses are hereby GRANTED, and the Prothonotary is hereby directed to docket the Memorandum and Responses attached to the applications.

2.      The King's Bench Petition is GRANTED, and the Court hereby exercises King's Bench jurisdiction to review the May 5, 2023 Order of the Court of Common Pleas

of Philadelphia County in *Commonwealth v. Brown* (CP-51-CR-0407441-2004), vacating the judgment of sentence entered by the court on October 24, 2004, pursuant to the Post Conviction Relief Act (PCRA), 42 Pa. C.S. §§ 9541-9546.

3. The parties are directed to brief the following issue, as framed by the Court:

Whether, and via what procedure, a common pleas court judge may grant PCRA relief based upon concessions of the parties. *See Commonwealth v. Brown*, 196 A.3d 130 (Pa. 2018).

4. A briefing schedule will follow. The Prothonotary is directed to list this matter for oral argument. (*See* Pa. Supreme Court IOP § 3(A)(2)(c) ("The following cases shall be listed for oral argument . . . upon completion of the briefing schedule or as soon as practicable: . . . . "All other cases that have been designated by the Court as suitable for argument.").)

5. The OAG is invited to participate as amicus as well as participate in oral argument.